# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01131-KLM

SLAWSON EXPLORATION COMPANY, INC.
        Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY,
        Defendant.

---

### [PROPOSED] STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged work or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

_/s/ Katherine D. Varholak_
Christopher R. Mosley
Katherine D. Varholak
Sherman & Howard L.L.C.
633 17th St., Ste. 3000
Denver, CO 80202
Phone: (303) 297-2900
*Attorneys for Plaintiff*

_/s/ Lisa F. Mickley_
Lisa F. Mickley
Stephanie A. Montague
Joan S. Allgaier
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Phone: (303) 628-3300
*Attorneys for Defendant*

**SO ORDERED**

Dated: _September 30, 2015_

_____
Hon. Kristen L. Mix
United States Magistrate Judge

## CERTIFICATE OF SERVICE  (CM/ECF)

I hereby certify that on this 29th day of September, 2015 I electronically filed the foregoing stipulated order with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lisa F. Mickley
Stephanie A. Montague
Joan S. Allgaier
Hall & Evans L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Attorneys for Defendant

*s/ Kathy Norris*_____