IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01131-KLM

SLAWSON EXPLORATION COMPANY, INC.,

    Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff **Slawson's Unopposed Renewed Motion to Restrict Access to Documents [ECF 27] and [ECF 29]** [#41][1] (the "Motion"). In the Motion, Plaintiff asks the Court to accept for filing redacted versions of the proposed Scheduling Order [#27] and the Scheduling Order [#29]. *Motion, Exs. A & B* [##41-1, 41-2]. Plaintiff explains that "[t]he redacted portions of these two documents contain highly confidential information regarding two high-stake settlement agreements arising from the underlying actions." *Motion* [#41] at 2. Plaintiff also attaches an order entered by a Canadian court that ordered that the settlement agreements referenced in the documents at issue in the instant Motion be kept sealed. *Motion, Ex. C* [#41-3].

    In accordance with D.C.COLO.LCivR 7.2(d), the Motion was publicly posted to allow for any objections to the requested relief and no timely objections were filed. Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy. Further, because the parties offer redaction of only limited information as a less restrictive alternative to restriction of the documents in their entirety, the public will have access to information about this case that was not ordered sealed by the Canadian court. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#41] is **GRANTED**.

---

[1] "[#41]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

1

IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to accept for filing the redacted versions of the proposed Scheduling Order and the Scheduling Order attached to the Motion as Exhibit A and Exhibit B.

IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following documents **UNDER RESTRICTION** at **LEVEL 1**:[2] the proposed Scheduling Order [#27] and the Scheduling Order [#29].

Dated: October 23, 2015

---

[2] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2.