IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01131-KLM

SLAWSON EXPLORATION COMPANY, INC.,

    Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Extension of Time to File Reply Briefing** [#94] ("Motion to Extend") and **Unopposed Motion for Permission to File Reply Briefing Out of Time** [#95], as well as Plaintiff's **Unopposed Motion for Permission to File Reply Briefing Out of Time** [#96] (collectively, "Motions to File Briefing Out of Time"). On March 24, 2016, Defendant filed its Motion to Extend requesting that the Court extend the deadlines for the parties to file reply briefing in support of the threshold motions[1] from March 25, 2016 to April 1, 2016 due to inclement weather and power outages. *Motion to Extend* [#94] at 1-2. The parties have also filed Motions to File Briefing Out of Time, to which each attaches its respective reply briefing in further support of the motions. *Motions to File Briefing Out of Time* [#95, #96]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Extend [#94] is **GRANTED**. The deadline by which the parties must file their respective Replies is hereby extended to **April 1, 2016**.

    IT IS FURTHER **ORDERED** that parties' Motions to File Briefing Out of Time [#95, #96] are **DENIED** as moot.

    Dated: March 29, 2016

---

[1] The "threshold motions" referenced by counsel are: two Rule 56 motions [#55, #60] filed by both parties, and Defendant's Motion for Determination of Question of Law [#57]. Thus, Defendant was in the process of preparing two Replies, and Plaintiff was in the process of preparing one Reply.