IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01131-KLM

SLAWSON EXPLORATION COMPANY, INC.,

    Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Status Report and Notice of Settlement** [#106]. Defendant states that the parties have resolved all claims in this action, and anticipates finalizing settlement documents within 30 days. Defendant further states that this resolution renders all pending motions moot. Accordingly,

    IT IS HEREBY **ORDERED** that the parties shall submit dismissal papers on or before **June 13, 2016**.

    IT IS FURTHER **ORDERED** that the Motion for Partial Summary Judgment [#55], the Motion for Determination of Question of Law Re: Choice of Law [#57], and the Motion for Summary Judgment Incorporating Legal Authority Re Failure to Exhaust Underlying Insurance Limits [#60] are **DENIED as moot.**

    Dated:  May 2, 2016